ROBERT JOHNSON, an Infant, by ARTHUR JOHNSON, His Guardian ad Litem, et al., Plaintiffs, v. GENERAL MUTUAL INSURANCE COMPANY, Appellant, and EDWARD F. KUCSKAR, Respondent. (And Another Action.) — *Per Curiam*.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.